IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:14-MJ-1075

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | GOVERNMENT'S MOTION |
| v. ) | TO CONTINUE |
| ) | |
| KENNETH ROBERT CREIGHTON ) | |

Pursuant to 18 USC §3161(h)(3)(B) and to Local Rule 47.1, the GOVERNMENT respectfully request that the above-captioned case be continued to the 12 February misdemeanor docket. In support of this motion, the GOVERNMENT sets forth the following.

1. The defendant was absent due to: <u>His whereabouts are currently unknown, and the government has not been able to deliver the criminal information to him.</u>

2. This is the first continuance filed by the Government in this matter.

This the 11th day of June, 2014.

Samuel J. Adams
Special Assistant US Attorney
Criminal Division
Joint Law Center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-5571
Bar No: 397520 (Georgia)

The Court finds that the ends of justice are served by the granting of such a continuance outweigh the best interest of the public in a speedy trial because the defendant is absent.

Accordingly, the continuance is ALLOWED. The intervening time from June 11 to August 13 is excluded from speedy trial computation under 18 USC 3161.

This the 11 day of June, 2014.

United States Magistrate Judge