IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILED IN OPEN COURT
ON 10/15/2014 MC
Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO. 4:14-MJ-1075

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL |
| v. ) | WITHOUT PREJUDICE |
| ) | |
| KENNETH ROBERT CREIGHTON ) | |

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: _____

_____

ROBERT M. BENBOW
Special Assistant U.S. Attorney
Criminal Division
Joint Law Center PSC Box 8007
MCAS Cherry Point, NC 28533-8007
Telephone: (252) 466-5571
Fax: (252) 466-3540
E-mail: Robert.benbow@usmc.mil
State Bar No.:43549 (North Carolina)

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the 15 day of October, 2014.

United States Magistrate Judge